■ In the Matter of CHRISTINE E. YARIS, a Suspended Attorney. [669 NYS2d 116] —Motion for an extension of time denied

and, *sua sponte*, respondent's counsel discharged as receiver herein. No opinion. Concur—Rosenberger, J. P., Wallach, Mazzarelli, Andrias and Colabella, JJ.